IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 11 PM 4: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|   |   |
|---|---|
| DAVID JACKSON, | |
| Plaintiff, | |
| vs. | No. 04-2935-Ma/V |
| CORRECTIONS CORPORATION OF AMERICA, | |
| Defendant. | |

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL
AND
ORDER DENYING MOTION FOR JURY TRIAL

Plaintiff David Jackson, Mississippi Department of Correction ("MDOC") prisoner number 39640, an inmate at the Wilkinson County Correctional Facility ("WCCF") in Woodville, Mississippi, filed a pro se complaint under 42 U.S.C. § 1983 in this district. The plaintiff's claims, however, arose from his confinement at the WCCF and had no connection with Western Division of the Western District of Tennessee. On June 3, 2005, the Court signed an order transferring his case to the United States District Court for the Southern District of Mississippi, Western Division, pursuant to 28 U.S.C. § 1406(a). The Clerk entered the order upon the docket on June 6, 2005.

On June 6, 2005, Jackson filed a motion for appointment of counsel and a motion for trial by jury. Because this case has been transferred to the United States District Court for the Southern

District of Mississippi, the motions for appointment of counsel and jury trial should be addressed by the transferee court. The motions are DENIED without prejudice. Plaintiff may renew his motions in the Southern District of Mississippi after his notification that the transferred file has been received and docketed there.

IT IS SO ORDERED this 11th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02935 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

David Jackson
WILKINSON COUNTY CORRECTIONAL FACILITY
39640
P.O. Box 1079
Woodville, MS 39669

Honorable Samuel Mays
US DISTRICT COURT